

**White & Hilferty**
Employment Attorneys

Samantha E. Hudler, *Associate*
Hudler@NYCJobAttorney.com
Direct: 917 565 8763

December 30, 2022

<u>Via ECF</u>
Hon. Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED
The Application is granted. The Conference is adjourned to Feb. 16, 2023 at 10:45 a.m.
SO ORDERED:
Paul G. Gardephe, U.S.D.J.
Dated: Jan 4 2023

      Re:   *Armando Enriquez v. Kasper Group LLC*
              Case No.: 22-cv-08481 (PGG)

Dear Judge Gardephe,

     As the Court is aware, this office represents Plaintiff Armando Enriquez in the above-referenced case. Pursuant to Your Honor's individual rules, we write in connection with the Pretrial Conference presently scheduled for January 5, 2023, at 10:00 AM.

     The parties jointly request that this Pretrial Conference be adjourned until after Defendant has filed its response to the Verified Complaint. The parties are available for the rescheduled Conference on February 9, 16, or 23, 2023. Defendant's counsel consents to this request.

     Lastly, Defendant has consented to Plaintiff filing an Amended Complaint, which will be filed via ECF.

     We thank the Court for its time and consideration of this request.

                                          Respectfully submitted,

                                          Samantha E. Hudler

Page **2** of **2**

cc:   Meaghan Roe, Esq. (*via ECF*)
      Herrick, Feinstein LLP
      *Attorneys for Defendant*