

**White & Hilferty**
Employment Attorneys

Samantha E. Hudler, *Associate*
Hudler@NYCJobAttorney.com
Direct: 917 565 8763

February 14, 2023

<u>Via ECF</u>
Hon. Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Conference is adjourned to April 13, 2023 at 10:15 a.m.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Feb. 14, 2023

Re:   *Armando Enriquez v. Kasper Group LLC*
      Case No.: 22-cv-08481 (PGG)

Dear Judge Gardephe,

As the Court is aware, this office represents Plaintiff Armando Enriquez in the above-referenced case. Pursuant to Your Honor's individual rules, we write in connection with the Initial Conference presently scheduled for February 16, 2023, at 10:45 AM.

The parties jointly request that this Initial Conference be adjourned until after the parties have participated in Mediation, which is scheduled for March 14, 2023. Additionally, Defendant's counsel submitted the parties' proposed Civil Case Management Plan and Scheduling Order on February 6, 2023. This is the parties' second request to adjourn the Initial Conference and Defendant's counsel consents to this request.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

Samantha E. Hudler

cc: Meaghan Roe, Esq. (*via ECF*)
Herrick, Feinstein LLP
*Attorneys for Defendant*