

**White & Hilferty**
Employment Attorneys

**Samantha E. Hudler,** *Associate*
Hudler@NYCJobAttorney.com
Direct: 917 565 8763

March 28, 2023

<u>Via ECF</u>
Hon. Paul G. Gardephe
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Armando Enriquez v. Kasper Group LLC*
           **Case No.: 22-cv-08481 (PGG)**

Dear Judge Gardephe,

    As the Court is aware, this office represents Plaintiff Armando Enriquez in the above-referenced case. Pursuant to Your Honor's individual rules, we write in connection with the Initial Conference presently scheduled for April 13, 2023, at 10:15 AM.

    The parties jointly request that this Initial Conference be adjourned until after the parties have participated in Mediation. The Mediation was initially scheduled for March 14, 2023; however, the mediation has been twice rescheduled, first due to a personal emergency of the Mediator, and then due to subsequent (unexpected) bereavement leave of a Defendant participant. The parties and the Mediator are available for a rescheduled Mediation on April 13, 2023, provided the Court is amenable to adjourning the Initial Conference. A revised proposed Civil Case Management Plan and Scheduling Order, accounting for this rescheduled mediation date, is attached. This is the parties' third request to adjourn the Initial Conference and Defendant's counsel consents to this request. The parties are hopeful that they will resolve this matter during the Mediation.

    We thank the Court for its time and consideration of this request.

Respectfully submitted,

*Sen*

Samantha E. Hudler

Encl.

cc:    Meaghan Roe, Esq. (*via ECF*)
       Herrick, Feinstein LLP
       *Attorneys for Defendant*

**MEMO ENDORSED:**

The conference currently scheduled for April 13, 2023, is adjourned to **April 20, 2023, at 10:30 a.m.**

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: March 30, 2023